**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
☐ ____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ **1MP** Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Felix A Restrepo**   JOINT DEBTOR: **Sandra Hurtado**   CASE NO.: 12-13900-LMI
Last Four Digits of SS# **xxx-xx-6316**   Last Four Digits of SS# **xxx-xx-2022**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

  A.  $ **98.73** for months **1** to **20** ;
  B.  $ **165.39** for months **21** to **60** ;
  C.  $ _____ for months ___ to ___ ; in order to pay the following creditors:

Administrative:  Attorney's Fee - $ **3,500.00**   TOTAL PAID $ **3,500.00**
Balance Due $ **-NONE-** payable $ _____ /month (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

_____   Arrearage on Petition Date $ _____

Address: _____   Arrears Payment $ _____ /month (Months _ to _)
Account No: _____   TPP Payment $ _____ /month (Months _ to _)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Heritage Pacific Financial<br>2200 Avenue K., Ste.100<br>Plano, TX 75074<br>Account No.:<br>0143-86540313261860** | **14976 SW 8 Ln., Miami, FL 33194**<br>$ **143,940.00** | **0**% | $ **0.00** | **0** To **0** | $ **0.00** |

Priority Creditors: [as defined in 11 U.S.C. §507]
**-NONE-**   Total Due   $ _____
         Payable  $ _____ /month (Months _ to _)   Regular Payment $ _____

Unsecured Creditors: Pay $ **88.85** /month (Months **1** to **20**). Pay $ **148.85** /month (Months **21** to **60**)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

**Rejected Contracts and/or Leases**
**-NONE-**

**Assumed Contracts and/or Leases**
Wells Fargo Dealer Services          Purchase contract on 2005 Toyota Sienna VIN #5TDZA22C05S288775

**Special Intentions:**
**Heritage Pacific Financial Account No.:0143-86540313261860: Debtors intend to avoid lien.**
**Grand Lakes Phase1 Account No.: 0C110000220201: Debtors will pay claim directly to creditor.**
**Wells Fargo/Wachovia Account No.: 9330016896: Debtors will pay claim directly to creditor.**
**Countrywide Home Loans Account No.:146391642: Debtors are surrendering property to creditor.**
**Green Tree Account No.:8972: Debtors are surrendering property to creditor.**
**Bank of America Account No.:36157727: The Debtors will pay claim directly to creditor.**

**The debtor(s) will provide copies of his/her income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtors will amend Schedule I and J and modify the plan if necessary .**

**The debtor will modify the plan to provide for the distribution of funds recovered from his pending lawsuit which are not exempt to the unsecured creditors.**

LF-31 (rev. 01/08/10)

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /S/ Felix A Restrepo | /s/ Sandra Hurtado |
|---|---|
| **Felix A Restrepo** | **Sandra Hurtado** |
| Debtor | Joint Debtor |
| Date:  10/09/2013 | Date:  10/09/2013 |